**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:96CR00140-001 SWW

ROBERT LEE FAUCETT, JR.

<u>ORDER</u>

The above entitled cause came on for hearing on November 18, 2011 on government's petition to revoke the supervised release [doc #51] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and the testimony of witnesses, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWENTY-FOUR (24) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Forrest City, Arkansas.

There will be ***NO*** supervised release to follow.

The defendant is to report to the designated facility ***MONDAY, JANUARY 9, 2012 by NOON.*** The defendant shall remain on present conditions of supervised release pending report date.

IT IS SO ORDERED this 22nd day of November 2011.

/s/Susan Webber Wright

United States District Judge